*Sullivan, J*
*Part I*

297-08/MEU/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
CLASSIC MARITIME INC.
80 Pine Street
New York, NY 10005
(212) 425-1900/(212) 425-1901 fax
Michael E. Unger (MU 0045)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MERIDIAN BULK CARRIERS, LTD.,

          Plaintiff,

  -against-

SHIPPING AND TRADING HARRISONS GmbH,
a/k/a S&T HARRISONS, a/k/a S&T SHIPPING
AND TRADING HARRISONS GmbH, a/k/a S&T
SHIPPING & TRADING HARRISONS

          Defendant.
------------------------------------------------------------x

08-cv-5280 (LAK)

**ORDER FOR
LIFTING OF SEAL**

WHEREAS, Plaintiff having reported to the Court that funds of the Defendant have been attached pursuant to the Process of Maritime Attachment and Garnishment issued in this action;

IT IS HEREBY ORDERED that the Court's Order dated May 14, 2008 directing that this matter be placed under temporary seal is hereby rescinded.

Dated: New York, New York
       August 13, 2008

"SO ORDERED"

_____
Hon. ~~Lewis A. Kaplan~~, U.S.D.J.
R. Sullivan (Part I)

NYDOCS1 310233.1