JUDGE KAPLAN

297-08/MEU/SL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MERIDIAN BULK CARRIERS, LTD.,

                         Plaintiff,

- against -

SHIPPING AND TRADING HARRISONS GmbH
a/k/a S&T HARRISONS a/k/a S&T SHIPPING
AND TRADING HARRISONS GmbH a/k/a S&T
SHIPPING & TRADING HARRISONS,

                         Defendant.
------------------------------------------------------------------x

*UNDER TEMPORARY SEAL*

08 CIV 5280

ORDER
TEMPORARILY SEALING
COURT FILE

      An application having been made by Plaintiff for an Order Temporarily Sealing the Court File;

      NOW, upon reading and filing Plaintiff's Letter, dated June 6, 2008, the Affidavit of Michael E. Unger, sworn to on June 6, 2008, and good cause having been shown, it is hereby

      O R D E R E D that all documents, including but not limited to, the Verified Complaint and other pleadings, Orders and/or Processes issued in this case, be filed under temporary seal, and the court file be maintained under seal until further notice of this Court or notification to the Clerk that the Defendant's property has been attached. The Clerk may have access to the sealed file to implement or ensure compliance with the Orders issued in this matter.

Dated: New York, New York
       June  6 , 2008

                                            _____
                                                  U.S.D.J.

NYDOCS1/306042.1