JUDGE KAPLAN

297-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MERIDIAN BULK CARRIERS, LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*UNDER TEMPORARY SEAL*

08 CIV 5280

------------------------------------------------------------------x
MERIDIAN BULK CARRIERS, LTD.,

08 CV _____ ( )

Plaintiff,

RULE 7.1 STATEMENT

-against -

SHIPPING AND TRADING HARRISONS GmbH
a/k/a S&T HARRISONS a/k/a S&T SHIPPING
AND TRADING HARRISONS GmbH a/k/a S&T
SHIPPING & TRADING HARRISONS,

Defendant.
------------------------------------------------------------------x

The Plaintiff, MERIDIAN BULK CARRIERS, LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
        June 6, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MERIDIAN BULK CARRIERS, LTD.

By: _____
    Michael E. Unger (MU 0045)
    80 Pine Street
    New York, NY 10005
    Telephone: (212) 425-1900
    Fax: (212) 425-1901

NYDOCS1/306039.1